UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAR TRAMEL
SWILLEY,

    Plaintiff,

Case No. 2:20-cv-11404
Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the opinion and order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on October 12, 2021,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

2

Dated: October 12, 2021

                                                                                  s/Anthony P. Patti
                                                                                 UNITED STATES MAGISTRATE JUDGE

Dated: October 12, 2021

                                                                                 s/Michael Williams
                                                                                 CASE MANAGER FOR THE
                                                                                 HONORABLE ANTHONY P. PATTI